FILED
2008 Aug-25  AM 08:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

*********************************NOTICE**********************************

# THIS IS A TEXT ENTRY ONLY